UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| STEVEN WARSHAK, et al., | : | NO. 1:06-CV-00357 |
| v. | : | **OPINION AND ORDER** |
| UNITED STATES OF AMERICA. | : | |

The Court lifted the stay in this matter and now faces a number of pending motions that may be stale or irrelevant due to the Court's holdings in the related criminal matter, as well as due to the Sixth Circuit's decision. So as to conserve judicial resources, the Court finds it appropriate under these circumstances to set a status conference on the various pending motions in this matter to determine what issues are contested as opposed to those that are moot or stale. In the Court's view, it is doubtful that Defendant would desire to be saddled with additional legal expenses to litigate this matter, following the outcome of the criminal case.

The Court also notes Plaintiff's Motion to Withdraw Motion to Unseal Ex Parte Submissions (doc. 62), and finds it appropriate to GRANT such motion. Accordingly, the Clerk is DIRECTED to withdraw Plaintiff's Motion to Unseal Ex Parte Submissions (doc. 52) from the docket in this case. The Court further finds it appropriate to DENY the Government's Combined

Motion to Stay Pending Appeal as MOOT (doc. 27) due to the fact that the Sixth Circuit handed down its decision on June 18, 2007 (docs. 88, 89).  Finally, the Court sets the status conference in this matter for May 15, 2008 at 10:30 A.M.

       SO ORDERED.

Dated: April 9, 2008          /s/ S. Arthur Spiegel
                                     S. Arthur Spiegel
                                     United States Senior District Judge